**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:15CR149 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| MACK RAY DORSEY, III, | : | |
| Defendant. | : | |

**FINAL ORDER OF FORFEITURE
OF PROPERTY AS TO DEFENDANT MACK RAY DORSEY, III**

WHEREAS, on April 13, 2016, this Court entered a Preliminary Order of Forfeiture (Doc. 34) ordering the forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2), of the following Subject Property:

    a. Ruger semi-automatic pistol, SN: 335-20793 w/15 rounds ammunition;

WHEREAS, the United States published notice of this forfeiture action and the intent of the United States to dispose of the Subject Property in accordance with law, and further notified all parties of their right to petition the Court for a hearing to adjudicate the validity of their alleged interest in the Subject Property, beginning on April 20, 2016 and continuing for at least thirty (30) consecutive days, on the www.forfeiture.gov website (Doc. 43); and

WHEREAS, the United States did not send direct written notice of the Preliminary Order of Forfeiture because there was no person who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the Subject Property in an ancillary proceeding; and

WHEREAS, no timely petition has been filed to the Subject Property listed above; and

WHEREAS, the Defendant was sentenced and a Judgment was entered on September 1, 2016 and that Judgment ordered the forfeiture of the Subject Property; and

WHEREAS, the Court finds that defendant had an interest in the Subject Property; the United States has established the requisite nexus between the Subject Property and the offense; and the United States has established that the Subject Property is subject to forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Preliminary Order of Forfeiture (Doc. 34) ordering the forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2) of the following Subject Property:

    a. Ruger semi-automatic pistol, SN: 335-20793 w/15 rounds ammunition;

is final; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property described above is hereby condemned, forfeited and vested in the United States of America and the United States has clear title to the Subject Property described above; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the custodian of the Subject Property is hereby authorized to dispose of the same in accordance with the law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

SO ORDERED:

Dated: September 23, 2016        THOMAS M. ROSE

_____
HONORABLE THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE